

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APRIL SHAKOOR-DELGADO, individually and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>CORNERSTONE FIRST MORTGAGE, LLC,<br><br>Defendants. | Case No.: 24CV1811-TWR (BLM)<br><br>ORDER DENYING MOTION TO COMPEL AND MOTION FOR SANCTIONS AS MOOT AND SETTING BRIEFING SCHEDULE<br><br>ECF No. 30 |

On September 10, 2025, Plaintiff filed a Motion to Compel Discovery and Motion for Sanctions ("Mot"). ECF No. 30. In this motion, Plaintiff is seeking to compel Defendant to provide discovery related to the class action claims brought under the Fair Labor Standards Act ("FLSA"). Id. At the time Plaintiff filed this motion, Plaintiff's motion for conditional class certification of the FLSA claims was pending before District Judge Todd W. Robinson. ECF No. 24. On October 15, 2025, District Judge Robinson granted Plaintiff's motion for conditional class certification [ECF No. 34] and this Court finds that many of the disagreements in the pending motion to compel have now been resolved by District Judge Robinson's ruling. Accordingly, Plaintiff's Motion to Compel Discovery and Motion for Sanctions are **DENIED** as moot and the Court sets the following briefing schedule:

1. The parties are **ORDERED** to meet and confer regarding the discovery at issue in

1

the motion to compel in light of District Judge Robinson's October 15, 2025 Order;

2. If the parties are unable to resolve this dispute, Plaintiff must file a new motion to compel on or before **November 14, 2025**.

3. Defendant must file any opposition to this motion on or before **November 21, 2025**.

4. Plaintiff may file a reply on or before **December 3, 2025**.

Upon completion of the briefing, the Court will take the matters under submission pursuant to Civil Local Rule 7.1(d)(1) and no personal appearances will be required.

Dated: 10/16/2025

Hon. Barbara L. Major
United States Magistrate Judge